# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | CRIMINAL NO.  20-112 |
| DOMENICK J. DEMURO | : | |

## O R D E R

AND NOW, this           day of May, 2020, it is hereby

O R D E R E D

that the Government's Guilty Plea Memorandum is hereby unsealed.

BY THE COURT:

_____
HONORABLE PAUL S. DIAMOND
United States District Judge

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL NO. 20-112 |
| | : | |
| DOMENICK J. DEMURO | : | |

## MOTION TO UNSEAL GOVERNMENT'S GUILTY PLEA MEMORANDUM

NOW COMES, the United States of America, by its attorneys, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Eric L. Gibson, Assistant United States Attorney for the District, and in support of this Motion states as follows:

1. On March 3, 2020, defendant Domenick J. Demuro was charged in two-count Information with conspiring to violate civil rights and violating the Travel Act, in violation of 18 U.S.C. §§ 241, 1952 and 2.

2. On March 16, 2020, defendant Demuro entered pleas of guilty to both counts in the Information. Sentencing has been set for June 30, 2020. Following the guilty plea hearing, the Court sealed the Government's Plea Memorandum and the Guilty Plea Agreement until further order of the Court.

3. While courts have traditionally ordered that certain documents may be sealed to protect the government's continuing interest in maintaining the secrecy of its ongoing criminal investigations, recent investigatory developments no longer support continued sealing of the Plea Memorandum in this case. Based upon the status of the investigation, the government moves to unseal the Government's Plea Memorandum since sealing of this document is no longer necessary at this time.

4. On May 21, 2020, the government will ask the Clerk's Office by letter to unseal the Information.

WHEREFORE, the Government respectfully requests that the Government's Motion to Unseal the Guilty Plea Memorandum be granted.

    Respectfully yours,

    WILLIAM M. McSWAIN
    United States Attorney


    /s/ Eric L. Gibson
    ERIC L. GIBSON
    Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Motion to Unseal has been served by e-mail upon the following:

Janine E. Vinci, esquire
Attorney at Law
1101 W. Ritner Street
Philadelphia, PA   19148

Counsel for Domenick J. Demuro

/s/ Eric L. Gibson
ERIC L. GIBSON
Assistant United States Attorney

DATED:   May 20, 2020