

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Richard P. Barrett*
*Direct Dial: (215) 861-8420*
*Facsimile: (215) 861- 8618*
*E-mail Address:  richard.barrett3@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

May 21, 2020

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    United States v. Domenick J. Demuro
              Criminal No. 20-112

Dear Clerk:

      Please unimpound the Information in regard to the above-captioned case.  The Information was filed on March 3, 2020.

                              Very truly yours,

                              WILLIAM M. MCSWAIN
                              United States Attorney

                               /s/ Richard P. Barrett
                              Richard P. Barrett
                              Assistant United States Attorney